IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-20621
Summary Calendar
_____


SCIENCE APPLICATION INTERNATIONAL CORP.,

                                        Plaintiff-Appellee,

                    versus

STOLT COMEX SEAWAY HOLDINGS, INC.;
STOLT COMEX SEAWAY, INC.; STOLT
OFFSHORE, INC.,

                                        Defendants-Appellants.

_____

Appeal from the United States District Court for
the Southern District of Texas
(USDC No. H-00-CV-1271)
_____
January 23, 2001

Before REAVLEY, DeMOSS and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

        Defendants-Appellants Stolt Comex Seaway Holdings, Inc., Stolt Comex

Seaway, Inc., and Stolt Offshore, Inc. appeal the district court's remand order.

_____

        [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Under 28 U.S.C. § 1447(d), we may not review this order remanding for lack of subject matter jurisdiction. Furthermore, as this court held in the mandamus proceeding, the state and federal courts have concurrent jurisdiction over contract issues brought under the OCSLA.

Dismissed.